# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

CHARLES E MARTIN, ET AL.,

         Plaintiffs,

     v.

FORD MOTOR COMPANY, et al.,

         Defendants.

Case No.  18-cv-00405-BLF

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Lucy H. Koh for consideration of whether the case is related to *Hyde et al. v. Ford Motor Company*, Case No. 17-CV-05613-LHK.

**IT IS SO ORDERED.**

Dated: January 31, 2018

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California